# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: LIBERTY REFUND ANTICIPATION  
LOAN LITIGATION    MDL No. 2334

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO−1)

On April 16, 2012, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Joan B Gottschall.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gottschall.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of April 16, 2012, and, with the consent of that court, assigned to the Honorable Joan B Gottschall.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 26, 2012

CLERK'S OFFICE  
UNITED STATES  
JUDICIAL PANEL ON  
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi  
Clerk of the Panel

IN RE: LIBERTY REFUND ANTICIPATION
LOAN LITIGATION     MDL No. 2334

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **MARYLAND** | | | | |
| MD | 1 | 12−00061 | Brown v. JTH Tax, Inc. | 12cv3241 |
| **NORTH CAROLINA MIDDLE** | | | | |
| NCM | 1 | 12−00020 | JONES, et al v. JTH TAX, INC. | 12cv3242 |
| NCM | 1 | 12−00050 | GLOVER v. JTH TAX, INC. | 12cv3244 |
| **WISCONSIN EASTERN** | | | | |
| WIE | 2 | 12−00184 | Patterson v. JTH Tax Inc | 12cv3245 |